## TURNER *v.* CAUDILL.

No. 8711.   JULY 16, 1932.

*H. H. Turner,* for plaintiff.   *M. M. Anderson,* for defendant.

PER CURIAM.   It does not appear from the petition that the defendant had sought to avail himself of the constitutional provision which exempts $300 worth of household and kitchen furniture and provisions from levy and sale, and which can not be waived, by proceeding to have this property set apart in accordance with the provisions of the act of 1924.   Ga. L. 1924, p. 57; Code, § 6584.   *Judgment reversed.   All the Justices concur.*